# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2473

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Nebraska. |
| | * | |
| Derrick Uraye Stricklin, | * | [PUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: September 2, 2003
Filed: September 9, 2003

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Derrick Uraye Stricklin appeals his conviction for conspiracy to distribute and possess with intent to distribute 50 grams or more of crack cocaine, entered after the district court* denied Stricklin's request to withdraw his guilty plea. A careful review of the record convinces us Stricklin knowingly and voluntarily waived his right to withdraw his plea under Federal Rule of Criminal Procedure 11(d). See United States v. Andis, 333 F.3d 886, 893-94 (8th Cir. 2003) (en banc); United States v. Mooring, 287 F.3d 725, 727-28 (8th Cir.), cert. denied, 537 U.S. 864 (2002). The district court

_____

*The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.

repeatedly explained the operation of Rule 11(d) to Stricklin, he acknowledged his understanding of the rule, and he expressly assented to its waiver. See Blackledge v. Allison, 431 U.S. 63, 74 (1977); United States v. Gray, 152 F.3d 816, 820 (8th Cir. 1998), cert. denied, 525 U.S. 1169 (1999).

Accordingly, the judgment is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.